# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

---

*HAYNES*

-V-

*WILLIAMS BONDS ETAL*

U.S.C.A. # _____

U.S.D.C. # *07av4579*

JUDGE: *KMW*

DATE: *9/6/07*

*U.S. DISTRICT COURT FILED SEP 06 2007 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): *DAVID J. THOMAS*
FIRM: *ORDERS, JUDGMENTS & APPEALS*
ADDRESS: _____
PHONE NO.: *X0637*

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENT DESCRIPTION                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) **Original Record**                 ( ___ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the *6* Day of *Sept*, 2007.

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04579-KMW
### Internal Use Only

Haynes v. Williams-Bond et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 05/31/2007
Date Terminated: 05/31/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**James Haynes**                                  represented by  **James Haynes**
123 West 23rd Street
New York, NY 10011
PRO SE

V.

**Defendant**

**Renee Williams-Bond**

**Defendant**

**Kendrick Clayborn**

**Defendant**

**Michael Stroger**

**Defendant**

**Mary Wilson Hall**

**Defendant**

**Department of Homeless Service, et al.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by James Haynes.(mbe) (Entered: 06/05/2007) |
| 05/31/2007 | 2 | COMPLAINT against Renee Williams-Bond, Kendrick Clayborn, Michael Stroger, Mary Wilson Hall, Department of Homeless Service, et al.. Document filed by James Haynes.(mbe) (Entered: 06/05/2007) |
| 05/31/2007 |  | Magistrate Judge Henry B. Pitman is so designated. (mbe) (Entered: 06/05/2007) |
| 05/31/2007 | 3 | ORDER OF DISMISSAL...Plaintiff's request to proceed in forma pauperis is granted but, for the reasons set forth below, plaintiff's complaint is dismissed. Accordingly, plaintiff's complaint is dismissed for failure to state claim on which relief may be |

| | | |
|---|---|---|
| | | granted. See 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/31/2007) (mbe) (Entered: 06/05/2007) |
| 05/31/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/31/2007) (mbe) (Entered: 06/05/2007) |
| 05/31/2007 | | (Court only) ***Civil Case Terminated.*** (mbe) (Entered: 06/05/2007) |
| 08/14/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Complaint). Document filed by James Haynes. Copies Mailed to the attorney of record: NONE. (Sua Sponte). (dt) (Entered: 09/05/2007) |
| 08/14/2007 | | Appeal Remark as to [5] Notice of Appeal filed by James Haynes. I.F.P. REVOKED 5/31/07. $455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | (Court only) ***Staff Notes: Recieved Notice of Appeal # 5 from the Pro Se Office on September 4, 2007. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (dt) (Entered: 09/05/2007) |